**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN THE MATTER OF MCKINNEY SALVAGE & HEAVY LIFT, INC., AS OWNER PRO HAC VICE AND OPERATOR OF THE M/V TUSCALOOSA, OFFICIAL # 269006, PRAYING FOR EXONERATION OR LIMITATION OF LIABILITY** | **CIVIL ACTION**<br><br>**NO.**<br><br>**JUDGE**<br><br>**MAGISTRATE JUDGE** |

**AFFIDAVIT OF KYLE SMITH**

BEFORE ME, the undersigned NOTARY, personally came and appeared:

**KYLE J. SMITH**

who, after being duly sworn, did depose and state and follows:

1. I am president and owner of Kyle Smith Marine Surveying, Inc. and have continually worked as a marine surveyor since 1988. I am certified by the National Association of Marine Surveyors, Inc. and have been accepted as an expert witness in the field of marine surveying by the United States District Courts in Louisiana and various Louisiana state courts on multiple occasions.

2. I attended and personally inspected the M/V TUSCALOOSA on November 13, 2018 at Paducah, Kentucky, for the purposes of assessing and determining the vessel's general condition and value.

3. Based upon my personal inspection of the M/V TUSCALOOSA, I am of the professional opinion that the fair market value of the M/V TUSCALOOSA, as of June 14, 2017, is $500,000.00.

*Kyle J. Smith*
KYLE J. SMITH

Sworn to and Subscribed Before Me

This 27th Day of November, 2018, in Jefferson Parish, Louisiana.

*[signature]*
Notary Public

Daniel J. Hoerner (LA. Bar Roll # 21706)
Print Name My Commission is for Life

Affidavit of Kyle Smith