**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN THE MATTER OF MCKINNEY SALVAGE & HEAVY LIFT, INC., AS OWNER PRO HAC VICE AND OPERATOR OF THE M/V TUSCALOOSA, OFFICIAL #269006, PRAYING FOR EXONERATION OR LIMITATION OF LIABILITY** | **CIVIL ACTION**<br><br>**NO.**<br><br>**JUDGE**<br><br>**MAGISTRATE JUDGE** |

**NOTICE OF ACTION BROUGHT FOR EXONERATION**
**FROM OR LIMITATION OF LIABILITY**

Notice is given that McKinney Salvage & Heavy Lift, Inc., (referred to as "Complainant") has filed a Complaint claiming the right to exoneration from or limitation of liability for all claims arising out of a certain incident involving the M/V TUSCALOOSA, which occurred on June 14, 2017 on the Harvey Canal in Harvey, Louisiana.

All persons having such claims must file them as provided in the Federal Rules of Civil Procedure, Supplemental Rule F, with the Clerk of this Court, at the United States Courthouse, 707 Florida Street, Baton Rouge, Louisiana 70801, and serve copies on or mail copies to counsel for Complainant, Daniel J. Hoerner, Mouledoux, Bland, Legrand & Brackett, Suite 4250, 701 Poydras Street, New Orleans, Louisiana 70139, on or before the _______ day of ______________, 2019, or be defaulted. Personal attendance is not required.

Any claimant desiring to contest the right of Complainant to exoneration from liability or the right of Complainant to limitation of liability must file an answer to said Complaint, as required by the aforesaid Supplemental Rule F, and must serve on or mail to Complainant's attorney a copy thereof, unless his claim has included an answer.

Baton Rouge, Louisiana, Louisiana, this ______ day of ______________, 2018.

_________________________________
UNITED STATES DISTRICT JUDGE